UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>VALLEY PROCESSING, INC. CHECK #61843, IN THE AMOUNT OF $12,005.37 U.S FUNDS,<br><br>            Defendant. | NO. CV-09-3045-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed December 3, 2009 (Ct. Rec. 24), the parties advised the Court that the above-captioned matter should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees or costs to either party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

ORDER * 1

4. This file shall be closed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 3rd day of December 2009.

s/Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\3045.Stip.Dismiss.wpd